| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| SINGH, SINGH & TRAUBEN, LLP <br> MICHAEL A. TRAUBEN (SBN: 277557) <br> mtrauben@singhtraubenlaw.com <br> THOMAS K. RICHARDS (SBN: 310209) <br> trichards@singhtraubenlaw.com <br> 400 S. Beverly Drive, Suite 240 <br> Beverly Hills, California 90212 <br> Tel: 310.856.9705 | Fax: 888.734.3555 | |
| ATTORNEY(S) FOR: Plaintiff Indigenous Prophecy LLC | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| INDIGENOUS PROPHECY LLC, a California limited liability company <br> Plaintiff(s), <br> v. <br> PATRICK CHEH, an individual, and DOES 1-10, inclusive, <br> Defendant(s) | CASE NUMBER: <br> 2:26-cv-1936 <br><br> CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Indigenous Prophecy LLC or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| INDIGENOUS PROPHECY LLC | Plaintiff |
| PATRICK CHEH | Defendant |

| February 23, 2026 | /s/ Michael A. Trauben |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Indigenous Prophecy LLC